# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SANTANA OCAMPO,<br><br>               Defendant. | Case No.: 21CR0664-WQH<br><br>**ORDER TO VACATE THE JURY TRIAL; ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
|---|---|

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that: (1) the Jury Trial is vacated; and (2) the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 22, 2021

                                                    *William Q. Hayes*
                                           Hon. William Q. Hayes
                                           United States District Court